OPINION — AG — QUESTION: "CAN A NON RESIDENT SELLER LEGALLY GIVE A RETAIL DEALER OR WHOLESALE DEALER IN THIS STATE ADVERTISING MATERIALS OR ANY OTHER THING OF VALUE?" — NEGATIVE CITE: 37 O.S. 1961 524 [37-524](B), 37 O.S. 1961 524 [37-524](A) 37 O.S. 1961 535 [37-535](2), 37 O.S. 1961 536 [37-536](A), 37 O.S. 1961 536 [37-536](B), 37 O.S. 1961 506 [37-506](19), ARTICLE V, SECTION 27 (BURCK BAILEY)